July 17, 2017

HERBERT G. HEAD
80498-E-1-B-114

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 18 2017

CASE NUMBER # 17cv748 RJ/KK

**MATTHEW J. DYKMAN**
**CLERK**

HABEAS CORPUS:

I now come to this court with this writ of "HABEAS CORPUS" so that it will now order, THAT I BE GIVEN ALL OF THE time I was in the jail confined in the Metropolita Jail! I was arrested for a probation violation on or about April 3, 2015. However on MARCH 12, 2015 Judge Brown had sentence me to 18 months and then suspended that sentence (see paper work) on case: District Court: CR.15-00718 - DA.2015-007824 - METRO COURT: T-4-CR-201- 00 1631. And put me on probation "AS FILED ON MARCH 12, 2015" #1
ON MAY 3, 2015 AN ARREST WARRANT WAS ORDERED ON APRIL 13, 2015. #2
(SEE PAPER WORK) FOR A VIOLATION OF PROBATION AND A HEARING WAS SO ORDERED ON TUESDAY APRIL 30, 2015. (SEE PAPER WORK) (CR. 2015-00718)
(DA. 2015-00782-1-A) ASSISTANT District Attorney "ALISSA BERGER". #4
But tell SEPTEMBER 18, 2015 AT 9:43 AM  PLEASE NOTE: THAT AS THE COURT PAPER DOES SHOW, JUDGE MARTINEZ DID NOT GIVE ME ANY of the time I was in JAIL! But only gave me credit for "16 days CREDIT ON SEPTEMBER 19, 2015 (SEE PAPER "8 EACH") I NOW ASK THAT I BE GIVEN CREDIT FOR THE OTHER 160 DAYS I WAS IN JAIL ON
THIS SAME PROBATION VIOLATION. (April 28 days, may 31, June 30, July AUGUST 31, SEPTEMBER 10 days)
(160 days total)

ONE 1

Name: HEAD, HERBERT GLENN
Cause #: D-202-CR-2015-00718

## Details of Violation

HEAD, HERBERT GLENN, D-202-CR-2015-00718, has violated the following conditions of his/her Order of Probation:

1. **STANDARD CONDITION 1-STATE LAWS** I will not violate any of the laws or ordinances of the State of NM, or any other jurisdiction. I shall not endanger the person or property of another.

SUPPORTING EVIDENCE: By having failed to obey a law or ordinance of the state of NM, or any other jurisdiction, and endangering the person or property.

On 04/03/2015, Probationer Head was involved in a domestic dispute with his wife, Mary Head. According to the Criminal Complaint, Probationer Head was arguing with his wife and threatened to beat her up. The Criminal Complaint also stated that Ms. Head was afraid he would physically attack her. Ms. Head attempted to call 911 but Probationer Head took the phone out of her hand. Probationer Head's neighbors heard the argument and called law enforcement after they heard Probationer Head threaten to beat up Ms. Head. Albuquerque Police found Ms. Head's phone broken. The Criminal Complaint also stated that Ms. Head filed an emergency Restraining Order against Probationer Head after the incident. Probationer Head was taken into custody by Albuquerque Police Department and received new charges of Assault Against a Household Member and Interference with Communications.

2. **STANDARD CONDITION 2-REPORTING** I will report to my Probation/Parole Officer as often as required and will submit completed and truthful written reports as required by my Probation/Parole Officer. All communication with my Probation/Parole Officer will be truthful and accurate and I will promptly reply to any correspondence or communication I may receive from the Probation Office.

SUPPORTING EVIDENCE: By having failed to report to his/her Probation/Parole Officer as often as required and submit completed and truthful written reports. On 03/11/2015, Probationer Head was sentenced to 18 months Probation. Probationer Head failed to report to intake upon sentencing. Since Probationer Head failed to report to intake, Probation and Parole has no contact phone number for him. On 03/30/2015, This Officer mailed a letter to Probationer Head's listed address informing him that his probation was in jeopardy. The letter also instructed him to report in person and to contact this Officer. Probationer Head did not report and did not contact This Officer.

*I was in jail*

## Probationer's Version

According to the Criminal Complaint filed on 04/03/2015, Probationer Head told Albuquerque Police that Ms. Head took his credit card and emptied $2,000.00 from it. Probationer Head stated that he and his wife were working on their marriage. He also stated that Ms. Head always accuses him of having affairs with other women.

## Previous Preliminary Reports or Arrests

None

## Adjustment

On 03/11/2015, Probationer Head began his sentence with the New Mexico Corrections Department for Possession of a Controlled Substance. Probationer Head failed to report for intake upon sentencing. On 04/03/2015, Probation Head received new charges of Assault on Household Member and Interference

Report of Violation (Probation)
Revised: 2/22/01

Page 2
Run Date: 4/13/15

RP0020

FILED
4/13/2015 2:29 PM
Second Judicial District Court
Bernalillo County, NM
James A. Noel

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO
V.
HERBERT GLENN HEAD

No: D-202-CR-2015-00718

## NOTICE OF PROBATION VIOLATION HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Michael E. Martinez, as follows:

Date of Hearing: **Thursday, 30th day of April, 2015 at 8:30 AM**
Place of Hearing: Courtroom 334
Second District Judicial Court
400 Lomas NW
Albuquerque, NM 87102

Matter to be Heard:
Comments: PV-PER PD
Length of Hearing: 15 Minutes

If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. The District Court complies with the Americans with Disabilities Act. Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made. Please contact us if an interpreter will be needed.

JAMES A. NOEL
CLERK OF THE DISTRICT COURT

### CERTIFICATE OF SERVICE

I, the undersigned Employee of the District Court of Bernalillo County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 4/13/2015.

HERBERT GLENN HEAD
JACQUELINE L. COOPER
NEAL E. SPEER

JAMES A. NOEL
CLERK OF THE DISTRICT COURT

Megan Aragon, Court Clerk

**NOTICE SENT TO MDC**

File Copy

RP0024

FILED
SECOND JUDICIAL DISTRICT COURT
BERNALILLO COUNTY, NM
JAMES A. NOEL
4/13/2015 2:55 PM
PATRICK ROMANCITO

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

CR: 2015-00718
DA: 2015-00782-1A

STATE OF NEW MEXICO,

vs.

Herbert Head,
DOB:       1951
SSN:       5471

## ENTRY OF APPEARANCE

## NOTICE OF ARREST WITHOUT WARRANT PURSUANT TO RULE 5-805, AND REQUEST FOR PROBATION VIOLATION HEARING

The State hereby advises the Court that a notice of arrest, attached hereto, was received from Probation Authorities advising that Probationer violated his probation and was arrested on 04/03/2015, and recommending that probation be revoked. The State therefore requests this matter be scheduled for a probation violation hearing on the next probation violation calendar (no later than 05/03/2015).

Respectfully submitted,

Alissa Berger
Assistant District Attorney

I certify that a copy of this Request was
sent to the Public Defender on April 13, 2015.

_____
Alissa Berger
Assistant District Attorney

JM

Rev. 12/07

RP 0023

ANALISA MORALES
FILED IN MY OFFICE
SECOND JUDICIAL DISTRICT COURT
BERNALILLO COUNTY, NM
JAMES A. NOEL

5/8/2015 2:50 PM

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

No: CR 2015-00718
DA # 2015-00782-1

STATE OF NEW MEXICO

v.

Herbert Head,
DOB xx/xx/1951
SSN Xxx-xx-5471

## ADDENDUM TO MOTION TO REVOKE PROBATION

The State of New Mexico, in addition to the violations set out in the First Motion to Revoke Probation, filed April 13, 2015 alleges Defendant violated probation in the following way(s):

- On April 3, 2015, Defendant allegedly committed acts of domestic violence against Mary Head (T-4-DV-2015-1640). Defendant was under the influence of drugs and/or alcohol during this incident.

The State hereby puts Defendant on notice that it intends to prove this violation of probation at any subsequent settings in this cause number.

Respectfully submitted:

Zach Jones
Assistant District Attorney

I certify that I sent a copy of this motion to
Lucia Estrada, Probation Officer
and Public Defender on 05/08/15

Assistant District Attorney
ms

RP0039

FILED
8/27/2015 2:42 PM
Second Judicial District Court
Bernalillo County, NM
James A. Noel

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

*Filed on August 27, 2015*

STATE OF NEW MEXICO
V.
HERBERT GLENN HEAD

No: D-202-CR-2015-00718

## NOTICE OF SENTENCING HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Michael E. Martinez, as follows:

Date of Hearing:
Place of Hearing:   **Thursday, 10th day of September, 2015 at 1:30 PM**
                    Courtroom 334
                    Second District Judicial Court
                    400 Lomas NW
                    Albuquerque, NM 87102

Matter to be Heard:
Comments:           RESET FROM 8-13-15
Length of Hearing:  15 Minutes

*That did not take place till Thursday, the tenth day of September 2015.*

If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. The District Court complies with the Americans with Disabilities Act. Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made. Please contact us if an interpreter will be needed.

JAMES A. NOEL
CLERK OF THE DISTRICT COURT

### CERTIFICATE OF SERVICE

I, the undersigned Employee of the District Court of Bernalillo County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 8/27/2015.

HERBERT GLENN HEAD
RODERICK JUAREZ

By: _____

**File Copy**

RP0046

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

FILED
SECOND JUDICIAL DISTRICT
2015 SEP 11 PM 3: 41

STATE OF NEW MEXICO (DA)

v.

HERBERT GLENN HEAD

WESLEY HAZEN

No. D-202-CR-2015-00718

## RECEIPT FOR EXHIBITS

Received of **EDWINA CASTILLO**, Official Court Reporter, from the Honorable Michael Martinez Pro Tem Judge, Probation Violation Division, the exhibits beginning with exhibit ID '**15SEPT10** as entered on Exhibit List dated '**15SEPT10**, in the above styled and numbered cause.

**EXHIBIT LIST ATTACHED**

*[Handwritten: I WAS NOT SENTENCED TO PRISON YET ON THIS DATE OF SEPTEMBER 10, 2015!]*

JAMES NOEL
CLERK OF THE DISTRICT COURT

By: _____
    Exhibit Clerk

WESLEY HAZEN

RP0047

#7 SEVEN

FILED
8/27/2015 2:42 PM
Second Judicial District Court
Bernalillo County, NM
James A. Noel

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO
V.
HERBERT GLENN HEAD

No: D-202-CR-2015-00718

## NOTICE OF SENTENCING HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Michael E. Martinez, as follows:

| | |
|---|---|
| Date of Hearing: | Thursday, 10th day of September, 2015 at 1:30 PM |
| Place of Hearing: | Courtroom 334 |
| | Second District Judicial Court |
| | 400 Lomas NW |
| | Albuquerque, NM 87102 |
| Matter to be Heard: | |
| Comments: | RESET FROM 8-13-15 |
| Length of Hearing: | 15 Minutes |

If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. The District Court complies with the Americans with Disabilities Act. Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made. Please contact us if an interpreter will be needed.

JAMES A. NOEL
CLERK OF THE DISTRICT COURT

### CERTIFICATE OF SERVICE

I, the undersigned Employee of the District Court of Bernalillo County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 8/27/2015.

RODERICK JUAREZ

By: _____

**HERBERT GLENN HEAD**
**6901 LOS VOLCANES RD NW #Q-103**
**Albuquerque NM  87121**

RP0050

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

BRITTNEY MUNOZ
FILED IN MY OFFICE
SECOND JUDICIAL DISTRICT COURT
BERNALILLO COUNTY, NM
JAMES A. NOEL
9/18/2015 9:43 AM

CR: 2015-718
DA: 2015-782-1

STATE OF NEW MEXICO
vs.

HERBERT HEAD
DOB: 4/23/51
SSN: 5471

*Handwritten annotation:* "ON SEPTEMBER 18, 2015 AT 9:43 AM, I WAS SO THEN SENTENCE TO PRISON, BUT TILL THEN WAS I EVER CONVICTED OF A CRIM!"

## ORDER REVOKING PROBATION

☒ **COMMITMENT TO DEPARTMENT OF CORRECTIONS**
☐ **COMMITMENT TO METROPOLITAN DETENTION CENTER**
☐ **REINSTATING PROBATION**
☒ **UNSATISFACTORY DISCHARGE**

### APPEARANCE AND FINDINGS

On __9/10/15__ this matter came before Pro Tem District Court Judge __M. Martinez__ upon State's Motion to Revoke Probation filed on __4/13/15__, and the State appeared by Assistant District Attorney __Z. Jones__, the Defendant appeared with Counsel, __R. Juarez__, and

☐ admitted violating paragraph ___ of the Motion to Revoke Probation.
☒ after hearing on __7/9/15__, was found by the Court to have violated paragraphs __1, 2__ of the Motion to Revoke Probation.

THE COURT FINDS that the defendant has violated the terms of probation, and ORDERS that the defendant's probation is hereby revoked.

☐ THE Court further FINDS that the defendant absconded from supervision and was a fugitive from justice for _____ days.

**The Court ORDERS that:**

**TERMS OF SENTENCE:**

☐ The defendant's conditional discharge is revoked.
  ☐ Sentence is now deferred for: _____
☐ The defendant's deferred sentence is revoked.
☐ Sentence is imposed as follows and suspended  ☐ in whole  ☐ in part:

_____ for Count ___  _____
_____ for Count ___  _____
_____ for Count ___  _____

☐ Counts _____ to be served concurrently.  ☐ Counts _____ to be served consecutively.

Rev. 2/09

RP 0051

*SEE SENTENCE*

## INCARCERATION

☒ The defendant is sentenced to serve a term of __1,460__ days beginning __9/10/15__ in:
→ all on 4-year habitual offender enhancement filed by the State.
    ☐ Metropolitan Detention Center      ☒ Department of Corrections
    ☒ The remaining balance is suspended without condition
    ☐ The balance of the sentence is suspended, and the defendant is reinstated on probation, after serving _____ days.
☒ Defendant shall receive pre-sentence confinement credit for __16__ days not previously applied.
☐ Defendant has received credit for pre-sentence confinement.

*(ONLY 16 DAYS CREDIT)*

**MDC** ~~
☐ Good time is    ☐ authorized    ☐ not authorized
☐ Community Custody (CCP) is    ☐ authorized    ☐ ordered~~
**DOC**
☐ Parole Term: _____ Year(s)    ☐ Program recommended: _____
☒ As provided by law

## ~~PROBATION REINSTATED~~ *Parole only.*
~~☐ STEPS Program authorized    ☐ STEPS Program un-authorized
☐ The defendant is placed on a new term of probation with all the conditions of the original probation.
☐ The new probationary period is _____ beginning _____.
☐ Additional conditions of probation:
    ☐ Intensive Supervision Program (ISP)    ☐ Community Corrections Unit (CCU)
    ☐ Counseling and treatment _____~~

☒ Defendant is to remain in custody until accepted.    ☐ CCP is    ☐ authorized    ☐ ordered

## PROBATIONARY CREDIT
☐ The term of incarceration imposed herein shall be credited against probation.
☒ Credit for all time served on the original probation.
☐ No credit for time served on the original probation: the new probation begins _____
☐ Credit for all time served on the original probation, except for _____ days of fugitive time.

## UNSATISFACTORY DISCHARGE
☒ The defendant is unsatisfactorily discharged from probation.

APPROVED: _____
Assistant DISTRICT ATTORNEY

_____
DISTRICT JUDGE Pro Tem M. Mathez

approved via email 9/10/15
COUNSEL FOR DEFENDANT R. Juarez

Rev. 2/09

RP0061

*[handwritten at top: illegible signature/notation]*

## INCARCERATION

☒ The defendant is sentenced to serve a term of __1,460__ days beginning __9/10/15__ in:

→ *all on 4-year habitual offender enhancement filed by the state.*

  ☐ Metropolitan Detention Center     ☒ Department of Corrections

  ☒ The remaining balance is suspended without condition

  ☐ The balance of the sentence is suspended, and the defendant is reinstated on probation, after serving _____ days.

☒ Defendant shall receive pre-sentence confinement credit for __16__ days not previously applied.

☐ Defendant has received credit fo rpre-sentence confinement.

*Only #16 DAYS! AND Not THE "60 DAY IN JAIL (with HALF-TIME of "320 DAYS)*

**MDC** ~~crossed out~~

  ☐ Good time is   ☐ authorized   ☐ not authorized

  ☐ Community Custody (CCP) is   ☐ authorized   ☐ ordered

**DOC**

☐ Parole Term: _____ Year(s)   ☐ Program recommended: _____

☒ As provided by law

## PROBATION REINSTATED    *Parole only.*

*(entire section crossed out with large X)*

☐ STEPS Program authorized         ☐ STEPS Program un-authorized

☐ The defendant is placed on a new term of probation with all the conditions of the original probation.

☐ The new probationary period is _____ beginning _____.

☐ Additional conditions of probation:

  ☐ Intensive Supervision Program (ISP)   ☐ Community Corrections Unit (CCU)

  ☐ Counseling and treatment _____

_____

☐ Defendant is to remain in custody until accepted.   ☐ CCP is   ☐ authorized   ☐ ordered

## PROBATIONARY CREDIT

☐ The term of incarceration imposed herein shall be credited against probation.

☒ Credit for all time served on the original probation.

☐ No credit for time served on the original probation: the new probation begins _____.

☐ Credit for all time served on the original probation, except for _____ days of fugitive time.

## UNSATISFACTORY DISCHARGE

☒ The defendant is unsatisfactorily discharged from probation.

**APPROVED:** _/s/ Zach Jones_     DISTRICT JUDGE Pro Tem _M. Mathez_
Assistant DISTRICT ATTORNEY        *approved via email 9/16/15*
                                    COUNSEL FOR DEFENDANT _R. Juarez_

Rev. 2/09

RP0052

HERBERT G. HEAD
80498-E-1-B-114

"ORDER OF THE COURT"

It is the order of this court, that inmate Herbert G. Head be given credit for the time he was so confined in the Metropolita Detention Center on this case of No. 202-CR-2015-00718. That is a total of #160 days of pre sentences confinement (with half time of #320 days reduction of sentence as was so order by the court.) It is also order, that with this order he be release on parole at this time. (Because he is over his half time date for parole.)

It is so order on this date by the Honorable Judge!

It is so ordered.

JUDGE!

To THE CLERK OF THE COURT. PLEASE FORGIVE ME!

I HAVE HAD BRAIN SURGERY two times I CAN'T SAY THINGS THAT GOOD OR EVEN WRITE THAT GOOD. SO I DO WANT TO SAY "THANK YOU" "FOR ALL OF THE HELP YOU HAVE GIVEN TO ME!" I AM OVER 66 years old. I CAN SEE ANY MORE OR SPELL THE WORDS. SEE IF YOU CAN GET A JUDGE TO LOOK AT THIS AND ORDER I GET OUT, SO I CAN GET THE SURGERY I NEED

THANK YOU FOR ALL OF YOUR HELP!

SINCERLY YOURS

Robert Heil

Inmate Name: HERBERT HEAD
Inmate Number: 81498
CNMCF/CMRU/UNIT# E-1-B114
P.O. Drawer 1328
Los Lunas, NM 87031

LEGAL
MAIL

RECEIVED
At Albuquerque NM
JUL 18 2017
MATTHEW J. DYKMAN
CLERK

Office of the Court Clerk
333 - Lomas Blvd. N.W.
Albequerque, New Mexico 87102